**KAZEROUNI LAW GROUP, APC**
Mohammad Kazerouni, Esq. (252835)
mike@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Robert Hyde, Esq. (227183)
bob@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Maksim Merzel

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAKSIM MERZEL,**<br><br>Plaintiff,<br><br>v.<br><br>**BMW FINANCIAL SERVICES NA, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,**<br><br>Defendants. | **Case No.:** CV16-08867 BRO (SSx)<br><br>**NOTICE OF SETTLEMENT RE: TRANS UNION LLC**<br><br>**HON. BEVERLY REID O'CONNELL** |

*(margin, vertical text)* KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

 NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MAKSIM MERZEL ("Plaintiff") and Defendant TRANS UNION LLC ("Trans Union") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Trans Union with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated with regard to Trans Union and that the Court set a deadline on or after July 21, 2017 for filing a Joint Dismissal.

Date: May 21, 2017                          **KAZEROUNI LAW GROUP, APC**

                              By:  /s Matthew M. Loker
                                   MATTHEW M. LOKER, ESQ.
                                   ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

 A copy of the foregoing *Notice of Settlement re: Trans Union* has been filed this 21st day of May 2017, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                   /s/ Matthew M. Loker
                                   Matthew M. Loker

---