**KAZEROUNI LAW GROUP, APC**
Mohammad Kazerouni, Esq. (252835)
mike@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Robert Hyde, Esq. (227183)
bob@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Maksim Merzel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSIM MERZEL,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,<br><br>Defendants. | **Case No.:** CV16-08867 BRO (SSx)<br><br>**NOTICE OF SETTLEMENT RE: EQUIFAX INFORMATION SERVICES LLC**<br><br>**HON. BEVERLY REID O'CONNELL** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MAKSIM MERZEL ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Equifax with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated with regard to Equifax and that the Court set a deadline on or after August 4, 2017 for filing a Joint Dismissal.

Date: June 4, 2017                            **KAZEROUNI LAW GROUP, APC**

                                              By:  /s Matthew M. Loker
                                                   MATTHEW M. LOKER, ESQ.
                                                   ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement re: Equifax* has been filed this 4th day of June 2017, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                   /s/ Matthew M. Loker
                                                   Matthew M. Loker

**KAZEROUNI LAW GROUP, APC**
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Case # CV16-08867 BRO (SSx)        1 of 1        *Merzel v. Trans Union, et al.*
**NOTICE OF SETTLEMENT RE: EQUIFAX INFORMATION SERVICES LLC**