**KAZEROUNI LAW GROUP, APC**
Mohammad Kazerouni, Esq. (252835)
mike@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Robert Hyde, Esq. (227183)
bob@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Maksim Merzel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSIM MERZEL,<br><br>     Plaintiff,<br><br>     v.<br><br>BMW FINANCIAL SERVICES NA, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,<br><br>     Defendants. | **Case No.:** CV16-08867 BRO (SSx)<br><br>**NOTICE OF SETTLEMENT RE: BMW FINANCIAL SERVICES NA, LLC**<br><br>**HON. BEVERLY REID O'CONNELL** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MAKSIM MERZEL ("Plaintiff") and Defendant BMW FINANCIAL SERVICES NA, LLC ("BMW") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of BMW with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated with regard to BMW and that the Court set a deadline on or after October 13, 2017 for filing a Joint Dismissal.

For the purposes of clarity, Plaintiff has now resolved each dispute at issue herein.

Date: August 13, 2017,                      **KAZEROUNI LAW GROUP, APC**

                                               By:  /s Matthew M. Loker\_\_\_\_\_
                                                         MATTHEW M. LOKER, ESQ.
                                                         ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement re: BMW* has been filed this 13th day of August 2017, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                            \_\_\_/s/ Matthew M. Loker\_\_\_\_
                                                                Matthew M. Loker

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Case # CV16-08867 BRO (SSx)       1 of 1       *Merzel v. Trans Union, et al.*
**NOTICE OF SETTLEMENT RE: BMW FINANCIAL SERVICES NA, LLC**