# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSIM MERZEL,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,<br><br>Defendants. | CV 16-8867 BRO SSx<br>Case No.: ~~CV16-5427 RMO (AFMx)~~<br><br>~~[PROPOSED]~~ ORDER OF DISMISSAL<br><br>HON. BEVERLY REID O'CONNELL |

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice with each Party to bear their own attorneys' fees; and, costs.

**IT IS SO ORDERED.**

Dated: 12/12/17

*[signature]*

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE